Office of the Chapter 13 Trustee
Southern District Of Georgia
Savannah Division
O. Byron Meredith III
Trustee

| | |
|---|---|
| 33 Bull Street, Suite 415 (31401) | (912) 234-5052 |
| Post Office Box 10556 | (800) 292-2811 |
| Savannah, Georgia 31412 | Fax   (912) 232-8824 |

June 25, 2015

Arthur L. Walker & Associates
P.O. Box 64
Sandersville, GA 31082

    RE:    Nicholas and Jessica Powell
              Chapter 13 Case No. 15-60015

Dear Mr. Walker:

     The request to incur debt submitted on behalf of the above referenced Chapter 13 debtors is approved.  The debtors may purchase a vehicle.  The payments are to be paid directly to the company that provides the financing for the vehicle.  It is my understanding that the monthly payment will be approximately $425.00 per month at 22% interest.

     The debtors **must provide a SIGNED copy of the proof of purchase to this office within 45 days** from the date stated above.  **If such proof is not provided, the Chapter 13 Trustee will move to modify the plan to increase the Trustee payment by $425.00 per month.**

    Please contact me if we can be of additional assistance to you.

                                                        Sincerely,

                                                         s/ O. Byron Meredith III
                                                        O. Byron Meredith III
                                                        Georgia Bar # 002330
                                                         P.O. Box 10556
                                                         Savannah, GA 31412
                                                         (912) 234-5052

    cc:       Debtors