**IT IS ORDERED as set forth below:**



**Date: August 5, 2015**

_____
Edward J. Coleman, III
United States Bankruptcy Court Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IN RE:

| | | |
|---|---|---|
| NICHOLAS C. POWELL | * | CHAPTER 13 |
| JESSICA L. POWELL | * | |
| DEBTORS | * | CASE NO: 15-60015-EJC |

**ORDER ON OBJECTION TO CLAIM 9.0 OF W.S. BADCOCK CORPORATION**

Notice and Opportunity for Hearing and Objection having been served to W.S. Badcock Corporation and no response having been filed,

**IT IS HEREBY ORDERED** that claim 9.0 of W.S. Badcock Corporation is allowed as a bifurcated claim secured in the amount of $600.00 and the remaining balance as an unsecured, nonpriority claim in the amount of $819.09.

[END OF DOCUMENT]

Prepared By:
s/Michon Walker
Michon Walker, Attorney for Debtor
Arthur L. Walker & Associates, LLC
GA Bar No: 732413
P.O. Box 64
Sandersville, GA 31082
(478) 552-0552
walkmd@comcast.net