## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

IN RE:

| | | |
|---|---|---|
| **NICHOLAS POWELL** | ) | **CHAPTER 13** |
| **JESSICA POWELL** | ) | |
| **DEBTORS** | ) | **CASE NO: 15-60015-SDB** |

### OBJECTION TO CLAIM NUMBER 17 FILED BY INSOLVE AUTO FUNDING, LLC

Now comes Debtors, Nicholas and Jessica Powell, by and through their attorney and file an objection to claim number 17 filed by Insolve Auto Funding, LLC.

1.

Debtors' 2013 Ford Fusion SE was involved in a motor vehicle accident and the vehicle was deemed a total loss by the Progressive Insurance Company.

2.

The insurance company has determined that the market value of the vehicle is $8,226.24.

3.

The insurance proceeds will pay Insolve Auto Funding, LLC, in full.

4.

Claim number 17 filed by Insolve Auto Funding, LLC, should be disallowed.

This 30th day of March, 2018.

s/Michon Walker

_____
Michon Walker, Attorney for Debtors
GA Bar No: 732413
Arthur L. Walker & Associates, LLC
P.O. Box 64
Sandersville, GA 31082
(478) 552-0552
walkmd@comcast.net

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

    Nicholas & Jessica Powell

                            Debtor(s)

    Nicholas & Jessica Powell

                            Movant

    Insolve Auto Funding, LLC

                            Respondent

Chapter: 13

Case No.: 17-60015-EJC

## NOTICE OF OBJECTION TO CLAIM

Movant has objected to your claim filed in this bankruptcy case.

<u>Your claim may be reduced, modified or eliminated.</u> You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you have legal grounds to oppose the objection, or if you wish the court to consider your views on the objection, you must file a written request for a hearing with Clerk of the Bankruptcy Court before the expiration of thirty (30) days from the date stated in the certificate of service.

If you mail your request for hearing to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party and all other persons indicated in the certificate of service attached to these pleadings.

If a timely request for hearing is filed, you will receive a notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the court will decide that you do not oppose the objection to your claim.

*Claimant has been served with a copy of the objection and a copy of this notice, and if claimant is a U. S. government agency, the U. S. Attorney, P. O. Box 8970, Savannah, GA 31412 (or P. O. Box 2017, Augusta, GA 30903), and the Attorney General in Washington, D. C. 20530 have also been served.*

Date **March 30, 2018**                                 **s/Michon Walker**

                                                                                           Attorney

Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

[Rev. 12/2012]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

**IN RE:**

| | | |
|---|---|---|
| **NICHOLAS POWELL** | ) | **CHAPTER 13** |
| **JESSICA POWELL** | ) | |
| **DEBTORS** | ) | **CASE NO: 15-60015-SDB** |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Objection to Claim Number17 of Insolve Auto Funding, LLC, Notice of Objection to Claim with Opportunity for Hearing, Certificate of Service, and Order on Objection to Claim Number 17 of Insolve Auto Funding, LLC, upon the Debtor, Chapter 13 Trustee, and all creditors affected by depositing copies of the same in the U.S. Mail with sufficient postage affixed to insure proper delivery.

Nicholas and Jessica Powell
64 Misty Lane
Helena, GA 31037

O. Byron Meredith, Chapter 13 Trustee
P.O. Box 10556
Savannah, GA 31412

Insolve Auto Funding, LLC
c/o Capital Recovery Group, LLC
Attn: Officer/Agent
P.O. Box 64090
Tuckson, AZ 85728-4090

This 30th day of March, 2018.

s/Michon Walker

Michon Walker, Attorney for Debtors
GA Bar No: 732413
Arthur L. Walker & Associates, LLC
P.O. Box 64
Sandersville, GA 31082
(478) 552-0552
walkmd@comcast.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IN RE:
    NICHOLAS POWELL    )    CHAPTER 13
    JESSICA POWELL    )
    DEBTORS    )    CASE NO: 15-60015-SDB

## ORDER ON OBJECTION TO CLAIM NUMBER 17 FILED BY INSOLVE AUTO FUNDING, LLC

Notice and Opportunity for Hearing and Objection having been served on Insolve Auto Funding, LLC, and no response having been filed,

**IT IS HEREBY ORDERED** that claim number 17 filed by Insolve Auto Funding, LLC, is hereby disallowed.

[END OF DOCUMENT]

Prepared By:
s/Michon Walker
Michon Walker, Attorney for Debtor
GA Bar No: 732413
Arthur L. Walker & Associates, LLC
P.O. Box 64
Sandersville, GA 31082
(478) 552-0552
walkmd@comcast.net